# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-18-00064-CV
_____

### IN RE JAROD JOHNSON

---

### Original Proceeding
### 136th District Court of Jefferson County, Texas
### Trial Cause No. D-199,594

---

### ORDER

Jarod Johnson filed a petition for writ of mandamus. The relator is a defendant in Cause No. D-199,594, *Holly D. Johnson v. Refractory Construction Services Co., LLC, et al.* Relator seeks a writ compelling the Judge of the 136th District Court of Jefferson County, Texas, to vacate orders signed on January 16, 2018, and January 24, 2018, which severed the plaintiff's claims against the several defendants and transferred the plaintiff's claims against three of the defendants to two counties but retained the plaintiff's claims against Relator in Jefferson County. We note our

1

jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017).

As temporary relief, Relator requests a stay of the trial court's orders severing the cause and transferring the severed causes to different counties. *See* Tex. R. App. P. 52.10(a). The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's orders of severance and transfer signed in Cause No. D-199,594, and severing the cause into Cause No. D-199,594, D-199,594-A, and D-199,594-B, are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

The responses of the real parties in interest, Holly D. Johnson, Refractory Construction Services Co., Inc., BesTest, Inc., and Joshua Alan Jordan, are due February 26, 2018.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED February 15, 2018.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.

2